UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ROGER SHERWOOD ,
                                                                 :         **ORDER**
                            Petitioner,
                                                                 :         07 Civ. 6588 (SAS)
              - against -
                                                                 :
RAYMOND J. CUNNINGHAM ,
                                                                 :
                            Respondent.
-----------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Clerk of the Court is directed to accept for filing and docket,

separately, the attached Motion for Default Judgment and petitioner's letter dated

December 10, 2007.   These documents should be returned to Chambers once they

are processed.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:       New York, New York
             January 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:  _____
DATE FILED:  1/15/08